USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 04/14/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

B.C., *individually and on behalf of* I.D., *a child with a disability*,

          Plaintiff,

v.

NEW YORK CITY DEPARTMENT OF EDUCTION,

          Defendant.

No. 20-CV-9584 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

The Court has been advised that the parties have reached a settlement in this matter. Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days. Any application to reopen this action must be filed within thirty (30) days of this order, and any application filed thereafter may be denied solely on that basis. If the parties seek to have the Court retain jurisdiction to enforce a settlement agreement, the terms of the agreement must be placed on the public record and "so ordered" by the Court within the same thirty-day period. *See Hendrickson v. United States*, 791 F.3d 354, 358 (2d Cir. 2015).

SO ORDERED.

Dated:    April 14, 2021
               New York, New York

                                              Ronnie Abrams
                                              United States District Judge